## HEDDY v. FULLEN.

In a declaration in trover, the property was described as "a certain black mare of the value of 100 dollars:" *Held*, that the description was sufficiently particular.

APPEAL from the *Jackson* Circuit Court.—Trover by *Fullen* against *Heddy.* The property was described in the declaration as "a certain black mare of the value of 100 dollars." Plea, not guilty. Verdict as follows, "We of the jury find for the plaintiff 80 dollars in damages." Judgment thereon.

*Wednesday,*
*November* 10.

The errors assigned were: 1st, That the verdict was defective. 2dly, That the property was insufficiently described.

HOLMAN, J.—The first point is decided in *Findley* v. *Buchanan* (1); and as to the second, we deem the description sufficient to authorize a recovery.

*Per Curiam.*—The judgment is affirmed, with costs.

*Moore* and *Dunbar*, for the appellant.

(1) Ante, p. 12.